Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Todd Logan (SBN 305912)
tlogan@edelson.com
Brandt Silverkorn (SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAIGE HOEKSTRA, an adult with a disability, by and through her litigation guardian SANDRA FLETCHER, and LEANN FLETCHER, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMUEL ALTMAN, an individual, OPENAI FOUNDATION, a Delaware corporation, OPENAI OPCO, LLC, a Delaware limited liability company, and OPENAI GROUP PBC, a Delaware public benefit corporation,<br><br>*Defendants*. | Case No.: 3:26-cv-09377-JSC<br><br>**[~~PROPOSED~~] ORDER APPOINTING GUARDIAN AD LITEM** |

The Court, having considered the Petition for the appointment of Sandra Fletcher as guardian ad litem for Paige Hoekstra, who is an adult with a disability, and good cause appearing, hereby GRANTS the Petition.

IT IS HEREBY ORDERED that Sandra Fletcher be, and she is, hereby appointed as guardian ad litem for Paige Hoekstra, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

IT IS SO ORDERED.

DATED: Sept. 29, 2026

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Jacqueline Scott Corley